UNITED STATES DISTRICT COURT

**ORIGINAL**

EASTERN DISTRICT OF KENTUCKY

NORTHERN DIVISION

CASE NO. 2:07-CV-0203-DLB

CHARMAINE M. FOGLE, individually      PLAINTIFF
and as Administratrix of the estates
of Wayne Fogle and William Fogle

vs.

CSX TRANSPORTATION, INC.              DEFENDANTS
JOHN DOE 1, signal maintainer and
JOHN DOE 2, crossing maintainer

\* \* \* \* \* \* \* \*

The deposition of **A. DAVID NELSON** was taken

before Sheri A. McKinley, Kentucky Certified Court

Reporter, Registered Professional Reporter and

Notary Public in and for the State of Kentucky at

Large, at the law office of Meredith L. Lawrence,

located at 107 High Street, Warsaw, Kentucky, on

Tuesday, March 3, 2009, commencing at the

approximate hour of 10:35 a.m.  Said deposition was

taken pursuant to Notice, heretofore filed, on

behalf of the Defendant, in the above-styled action

for all purposes as permitted by the Federal Rules

of Civil Procedure.

\* \* \* \* \* \* \* \* \*

1                            APPEARANCES:

2

3       Meredith L. Lawrence, Esq.
        MEREDITH L. LAWRENCE, P.S.C.
4       P.O. Box 1330
        Warsaw, Kentucky   41095
5

6       and

7       Jennifer L. Lambert, Esq.
        HELMER, MARTINS, RICE & POPHAM CO., L.P.A.
8       600 Vine Street, Suite 2704
        Cincinnati, Ohio   45202
9

10      **ATTORNEYS FOR PLAINTIFF**

11

12

13      Larry C. Deener, Esq.
        LANDRUM & SHOUSE LLP
14      106 West Vine Street, Suite 800
        Lexington, Kentucky   40588-0951
15

16      **ATTORNEYS FOR DEFENDANT**

17

18

19

20

21

22

23

24

25

```
 1
 2                           INDEX
 3    WITNESS:  A. DAVID NELSON              PAGES
 4    CROSS-EXAMINATION
 5    By Mr. Deener...........................    5
 6    REPORTER'S CERTIFICATE..................  171
 7    SIGNATURE PAGE..........................  172
 8                        EXHIBIT INDEX
 9    Exhibit            Description            Page
10    Defendant's 1      Report                 54
11    Defendant's 2      Notes and accident     60
                         report by Tribble
12
13    Defendant's 3      Notes and rules        80
14    Defendant's 4      Dispatcher and train   97
                         crew responsibilities
15                       notes and rules
16    Defendant's 5      Crossings equipped with 99
                         motion detectors notes
17                       and rules
18    Defendant's 6      Horn and bell notes    101
                         and rules
19
20    Defendant's 7      1984 project           104
21    Defendant's 8      TCIS Incident reports  104
22    Defendant's 9      Computer disc ledger   105
23    Defendant's 10     Verification of loss   106
                         of shunt notes and
24                       rules
25    Defendant's 11     Notes and rules        112
```

```
 1    Defendant's 12      Notes (cover sheet)      114
                          with exhibits
 2                        from Mr. Ryan's
                          deposition
 3                      *(front page only to be copied)

 4    Defendant's 13      Highway-rail grade       133
                          crossing perspective
 5

 6    Defendant's 14-17   Photographs              136

 7    Defendant's 18      Photograph               150

 8    Defendant's 19      Photograph               150

 9    Defendant's 20      Photograph               166

10

11    *REPORTER'S NOTE:  Only the cover sheet on Exhibit

12    12 was requested by counsel.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          The witness, A. DAVID NELSON, after first being

2     duly sworn, was examined and testified as follows:

3                    **CROSS-EXAMINATION**

4     **By Mr. Deener:**

5     Q          Would you state your full name, please?

6     A          It's Alpha, A-L-P-H-A, David Nelson.

7     Q          And what is your address?

8     A          RR 1 Box 92C, Prichard, West Virginia,

9                25555.

10    Q          Is that your home address?

11    A          Yes.

12    Q          Is that also your business address?

13    A          Yes.

14    Q          Do you have a business now?

15    A          No.

16    Q          Do you consult under any business name

17               other than your name, A. David Nelson?

18    A          No.

19    Q          Are you employed by any other entity?

20    A          No.

21    Q          What's your education?

22    A          High school graduate.  Electronics

23               technician graduate.

24    Q          Where did you go to high school?

25    A          Buffalo --

| | | |
|---|---|---|
| 1 | Q | In -- |
| 2 | A | -- Wayne, West Virginia High School. |
| 3 | Q | And what year did you graduate? |
| 4 | A | 1969. |
| 5 | Q | You said you attended electrical |
| 6 | | technician school -- electronic |
| 7 | | technician. |
| 8 | A | Electronics technician. |
| 9 | Q | Where was that? |
| 10 | A | Ashland, Kentucky. |
| 11 | Q | And what was the name of the program? |
| 12 | A | It's Ashland Vocational-Technical, |
| 13 | | electronics technician graduate. |
| 14 | Q | Was that run by the public school system, |
| 15 | | or was it run by Ashland Community |
| 16 | | College? |
| 17 | A | It's was a state-run program. |
| 18 | Q | Okay.  But both those are state agencies |
| 19 | | so -- |
| 20 | A | Well... |
| 21 | Q | Was it run by the vocational school? |
| 22 | A | Yes. |
| 23 | Q | And what year did you receive that? |
| 24 | A | 1972. |
| 25 | Q | How long was that program? |

```
 1    A        It was a two-year program.
 2    Q        Did you receive a degree?
 3    A        No.
 4    Q        Did you receive a certificate?
 5    A        No, a diploma.
 6    Q        That was after your high school training?
 7    A        Correct.
 8    Q        Now, in 1969 to 1972, were you in the
 9             military service?
10    A        No, sir.
11    Q        Did you do something else during the year
12             of 1969 to '70?
13    A        Yes.  Well, I worked.
14    Q        General work?
15    A        But I didn't -- general work.  Not in the
16             educational...
17    Q        Did you work in the railroad field?
18    A        No.
19    Q        Did you work in the electronics field?
20    A        Prior to electronics school, no.
21    Q        Okay.  So you graduated from high school
22             in '69, worked for a while, then moved --
23             went to Ashland vocational school and
24             received a diploma in electronic --
25    A        As an electronics technician.
```

| | | |
|---|---|---|
| 1 | Q | Electronics technician in '72.  Have you |
| 2 | | had any other formal education? |
| 3 | A | No. |
| 4 | Q | Have you taken any courses in -- |
| 5 | | specialized training courses since that |
| 6 | | time? |
| 7 | A | Yes. |
| 8 | Q | What type of courses? |
| 9 | A | It's the CSX signal training, signal |
| 10 | | classes. |
| 11 | Q | How long did you attend the classes? |
| 12 | A | It was a course over two years, one-week |
| 13 | | programs.  I'm not sure how many weeks it |
| 14 | | was total. |
| 15 | Q | So it was a number of individual weeks |
| 16 | | over a two-year period? |
| 17 | A | Correct. |
| 18 | Q | What was your employment after 1972 when |
| 19 | | you received your electronics technician |
| 20 | | diploma? |
| 21 | A | I worked as radio and television repair. |
| 22 | Q | Did you own your own business, or were |
| 23 | | you working with somebody else? |
| 24 | A | Worked for someone else. |
| 25 | Q | And how long did you do that? |

```
 1    A          Two years.

 2    Q          That gets you to '74.  And then after

 3               '74 what did you do?

 4    A          '74 I went to work for Inson

 5               (phonetically) Electric.

 6    Q          What kind of company was that?

 7    A          It was power distribution and mining

 8               equipment.

 9    Q          And what did you do for them?

10    A          I was a quality control technician,

11               inspector.

12    Q          Did they manufacture mining equipment?

13    A          Yes.

14    Q          How long did you work for them?

15    A          Ten years.

16    Q          So about 1984?

17    A          Correct.

18    Q          After '84, what did you do?

19    A          I'm sorry.  It would have been nine

20               years.

21    Q          Okay.

22    A          I went to work -- before the plant

23               closed, I went to work for Kentucky

24               Electric Steel.

25    Q          In 1983, then?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Kentucky Electric Steel.  Is that a |
| 3 | | mining company? |
| 4 | A | No, that's a steel manufacturer. |
| 5 | Q | Is that in the Ashland area? |
| 6 | A | Correct. |
| 7 | Q | What did you do for them? |
| 8 | A | I was second helper on the furnaces. |
| 9 | Q | Did you work in the electronics field |
| 10 | | during that employment? |
| 11 | A | No. |
| 12 | Q | How long did you work for Kentucky |
| 13 | | Electric Steel? |
| 14 | A | One year. |
| 15 | Q | And then after that employment, what did |
| 16 | | you do? |
| 17 | A | I went to CSX. |
| 18 | Q | In what year? |
| 19 | A | 1984. |
| 20 | Q | And what was your job at CSX when you |
| 21 | | first went to work for them? |
| 22 | A | Crossing and signal design. |
| 23 | Q | And where was that position? |
| 24 | A | It was in Huntington, engineering |
| 25 | | headquarters. |

```
 1    Q          And who was your supervisor there?

 2    A          Jim Winters, George Koester.

 3    Q          Now, you described taking some signal

 4               system training and weekly courses over

 5               the course of a year -- or two years,

 6               excuse me.  Did that begin in 1984, or

 7               did it begin in a different period?

 8    A          No, it was 1989, I believe.

 9    Q          When you were working in crossing signal

10               design, tell me what you were doing.

11    A          Actually designing the crossing

12               installations and signals as they pertain

13               to crossings, which many times they're

14               interwoven in the same case.  But design

15               of a crossing signal installation from

16               the field surveys to the completion of

17               the project.

18    Q          What training did you have prior to

19               beginning work designing crossing

20               installations?

21    A          Training in the -- to designs?

22    Q          Yes, sir.

23    A          It's -- the training is as you go,

24               apprenticeship.

25    Q          So you began to work in 1984 for CSX
```

```
 1                    Transportation?

 2    A             Right.

 3    Q             At that time it probably was Chessie

 4                  System, was it not?

 5    A             I was hired in under C&O and the West

 6                  Chessie System.

 7    Q             And as a C&O employee you worked in the

 8                  design of crossing installations from

 9                  19 -- 1984 when you began, did you just

10                  walk in the door and start putting out

11                  plan view of where the signals were going

12                  to be installed?

13    A             Yes, sir.

14    Q             So you had no training before you went in

15                  there and started designing them?

16    A             No, sir.

17    Q             And were you doing this unsupervised or

18                  doing it supervised?

19    A             Supervised.

20    Q             And are you describing the crossings at

21                  new installations or crossings that are

22                  replacement?

23    A             Both.

24    Q             Tell me what you would do in designing a

25                  replacement signal for an existing
```

| | | |
|---|---|---|
| 1 | | crossing installation. |
| 2 | A | Okay.  If you were upgrading a crossing |
| 3 | | say from lights to lights and gates or |
| 4 | | lights and gates and cantilevers, you |
| 5 | | take the old plans, which is old work, |
| 6 | | you color code them as to what is |
| 7 | | supposed to be taken out, what is to be |
| 8 | | left, what is government work, what is as |
| 9 | | in-service, and that's one portion of it. |
| 10 | | You have to remove the crossing.  From |
| 11 | | there they design the new crossing, and |
| 12 | | it's called a crossing overlay, which the |
| 13 | | system just actually sits down on the |
| 14 | | track itself, and there may be insulated |
| 15 | | joints to remove. |
| 16 | | Design a -- a lot of times it was a |
| 17 | | typical crossing installation.  You take |
| 18 | | into consideration the maximum authorized |
| 19 | | speed of the train, the angle of the |
| 20 | | crossing, the number of vehicles per day, |
| 21 | | speed of vehicles per day to determine |
| 22 | | the approach lengths, you take the field |
| 23 | | surveys as what's suggested as proper |
| 24 | | protection for number of lights, lights |
| 25 | | positionings, you take into consideration |

1    the amount of power, the current to be

2    used in backup in case of power failure,

3    you produce the plan, send it to what's

4    called a checker.  The checker would go

5    through the plans, find any mistakes and

6    then back to you for changes to be made.

7    You enter them into the -- actually do

8    the drawing on what's called AutoCAD at

9    that time, use the copies, and they keep

10   going back and forth for the checker to

11   make sure that it meets all

12   specifications, that the system is fail

13   safe, does operate on the fail safe

14   principle.  It gives the proper amount

15   of -- of track warning time, which was 20

16   seconds warning prior to the train's

17   arrival at the crossing, and it could be

18   adjusted to a minimum of 27 seconds,

19   called a 3-second pad.  Most of them all

20   I had was a 30-second warning time of --

21   with that exception of the 20 -- or

22   3-second pad.

23        From there the plans were given to

24   the field.  Once the installation is

25   made, received the plans back, which

```
 1                   would finish as in-service or AIS to

 2                   complete the plans for filing.

 3      Q            Now, are you describing what you did in

 4                   1984, or are you describing what you were

 5                   doing at the end of your employment with

 6                   CSX?

 7      A            1984.

 8      Q            Now, did you work in the same area from

 9                   1984, the same type of job performance

10                   for CSX from 1984 up to the time of you

11                   leaving your employment?

12      A            No, sir.

13      Q            So you would go through all of these

14                   steps to determine that the signals were

15                   appropriate for the area as they were

16                   being installed; is that correct?

17      A            That's correct.

18      Q            And did you do that every time that you

19                   put in installations for crossings?

20      A            Yes, sir.

21      Q            And was it your experience that your

22                   employer tried to put in -- meant to put

23                   in the appropriate crossing signal

24                   devices for a crossing?

25      A            At that time, yes.
```

1    Q        In looking at your description of

2               background and experience in your report,

3               I see that you worked at CSX Systems

4               Signal and Crossing Engineering

5               Department, Operating Headquarters.  Are

6               you referring to your employment in 1984

7               as being at operating headquarters?

8    A        No, sir.  It's Jacksonville, Florida.

9    Q        What did you call your title, call your

10              department when you were working in

11              Huntington, West Virginia?

12    A       It was signal engineering operating

13              headquarters.

14    Q       How long were you at Huntington?

15    A       Two years.

16    Q       So it would be until 1986?

17    A       Yes, sir.

18    Q       And after '86, what did you do?

19    A       Transferred to Jacksonville, Florida.

20    Q       And what department did you work in in

21              Jacksonville?

22    A       The entire engineering department was

23              transferred to Jacksonville under the

24              merger with Chessie System and Seaboard

25              Coast -- Coastline Railroads to form CSX.

| | | |
|---|---|---|
| 1 | | The entire engineering department was |
| 2 | | transferred to Jacksonville. |
| 3 | Q | And what department did you work in in |
| 4 | | Jacksonville? |
| 5 | A | The same department. |
| 6 | Q | So did you then become part of the |
| 7 | | crossing and signal design engineering |
| 8 | | department operating headquarters? |
| 9 | A | Same department, we just changed |
| 10 | | locations. |
| 11 | Q | Did you continue to work in that |
| 12 | | department for the remainder of your time |
| 13 | | with CSX? |
| 14 | A | Yes, sir. |
| 15 | Q | Did you change out of that department |
| 16 | | into any other job? |
| 17 | A | Yes, sir.  For -- in the process I went |
| 18 | | to materials engineering as approximately |
| 19 | | one year. |
| 20 | Q | And what year was that? |
| 21 | A | That would have been during 1986. |
| 22 | Q | And what did you do in materials |
| 23 | | engineering? |
| 24 | A | Materials procurement for crossing and |
| 25 | | signal installations, upgrades, |

| | | |
|---|---|---|
| 1 | | authorizations for expenditures. |
| 2 | Q | Now, if you're talking about -- |
| 3 | A | In -- |
| 4 | Q | Excuse me.  I'm sorry. |
| 5 | A | Inventory control, budgeting. |
| 6 | Q | Okay.  When you're speaking of procuring |
| 7 | | parts, procuring engineering materials |
| 8 | | for crossing signal upgrade programs or |
| 9 | | modification programs or installations |
| 10 | | originally, are you referring to programs |
| 11 | | that have been approved or have been |
| 12 | | requested by another department for your |
| 13 | | department to get the materials? |
| 14 | A | By the state. |
| 15 | Q | Okay.  So when you get a request -- or |
| 16 | | you wouldn't get it, but there would be a |
| 17 | | request from the particular state entity |
| 18 | | having jurisdiction over the crossing |
| 19 | | that particular signal devices were to be |
| 20 | | installed at a crossing. |
| 21 | A | That's correct. |
| 22 | Q | Then you would go out as part of your |
| 23 | | work at materials engineering and procure |
| 24 | | those supplies; is that right? |
| 25 | A | That's correct. |

| | | |
|---|---|---|
| 1 | Q | And when you were working in crossing |
| 2 | | signal design, does the same process |
| 3 | | result that there had been determination |
| 4 | | by the state that a particular set of |
| 5 | | crossing signal devices should be |
| 6 | | installed at a crossing; is that right? |
| 7 | A | Right. |
| 8 | Q | And then you would sit down either by |
| 9 | | yourself or with others and review what |
| 10 | | would be necessary to install those |
| 11 | | crossing signal devices at a particular |
| 12 | | location? |
| 13 | A | Right.  The materials -- material |
| 14 | | requirements were pulled from the designs |
| 15 | | and bill material was created for the |
| 16 | | material necessary.  It was turned into a |
| 17 | | BOM or a bill material.  Bill material |
| 18 | | was used to create a requisition which |
| 19 | | was forwarded to purchasing to procure |
| 20 | | the materials or extract from inventory. |
| 21 | Q | You looked at the materials produced in |
| 22 | | discovery in this case, have you not? |
| 23 | A | Yes. |
| 24 | Q | Did you look at the public projects file |
| 25 | | relating to the Walton Street crossing |

```
 1              for the request of or direction of

 2              Commonwealth of Kentucky that the

 3              crossing signal lights be changed as part

 4              of their fiscal 2008 program?

 5     A        I haven't received the information or the

 6              file from the state regarding the new

 7              installation, but I have reviewed the

 8              estimate from CSX provided to the state.

 9     Q        Is that the type of work that you would

10              be involved in, the pricing -- the

11              listing of materials, the pricing of the

12              materials and procurement of them?

13     A        Yes.

14     Q        Now, make sure that I'm not narrowing

15              this too much.  You said you worked in

16              materials engineering from 1986 for about

17              one year?

18     A        Correct.

19     Q        And then what did you do after '86?

20     A        I went back to the signal department,

21              still obtained the -- retained the

22              responsibility of materials procurement,

23              but I was -- a lot of other

24              responsibilities was added to me.  At

25              that point I become a programs engineer.
```

1    Q        Did you, as a programs engineer, continue

2             to work in the selection of the

3             appropriate crossing signal device system

4             as you were describing from 1984 to '86,

5             or as a program engineer did you work,

6             then, in making sure that whatever was

7             designed and parts procured was

8             installed?

9    A        From that point I did not do the actual

10            signal designs, but I would review the

11            signal designs and prepare a bill of

12            material, create the requisitions for it

13            and the purchase orders, schedule the

14            installation of the signals and/or

15            crossings, schedule the gangs.  I had

16            responsibility of the inventories for

17            maintenance and new construction.

18   Q        Now, are you referring to signal systems

19            both for train control systems as well as

20            traffic control devices at a highway

21            crossing?

22   A        Yes, sir, both.

23   Q        So from 1987 on you worked in the signal

24            department in, again, billing materials,

25            procurement of materials and in the

```
 1                    coordination of installation of the

 2                    designs that were made; is that right?

 3   A              That's correct.  As well as procurement

 4                    for maintenance.

 5   Q              Okay.  Procurement of parts for

 6                    maintenance of systems that were already

 7                    installed?

 8   A              Also, correct.

 9   Q              Other than the period of 1984 to '86, did

10                    you work in the actual plan design layout

11                    of signal systems as you described in

12                    that period?  Did you work after that in

13                    that designing?

14   A              No, not the -- not the designing.  I

15                    worked with the designers.

16   Q              Okay.  So I got the sequencing, then, the

17                    state makes a selection as to what the

18                    signal device is at a particular

19                    crossing.

20   A              Correct.

21   Q              And then for a two-year period you worked

22                    in trying to determine what appropriate

23                    system would meet to put into effect what

24                    they had selected as the appropriate

25                    crossing signal device?
```

1    A        That would be state and CSX to determine

2             what installation is to be made.  It's a

3             combined effort.

4    Q        But you work with the state on it, and

5             then but that's -- you worked two years

6             in selecting the appropriate components

7             of the system; is that right?  The design

8             and components.

9    A        That was continued till I left.  That's

10            part of my job.

11   Q        I'm just trying to get your sequencing --

12   A        Yeah.

13   Q        -- of your employment.  You did two years

14            in design, and then you did a year in

15            procurement, and then the balance of your

16            career was in, again, procurement but

17            actual facilitating of installations and

18            maintenance; is that right?

19   A        Well, actually the one year was just --

20            in procurement was just went to another

21            department, materials engineering, then I

22            was brought back to signals.  That was

23            still part of my responsibilities was

24            materials procurement.

25   Q        Okay.  When did you leave your employment

| | | |
|---|---|---|
| 1 | | with CSX? |
| 2 | A | 1991. |
| 3 | Q | And after 1991, what did you do? |
| 4 | A | I started working with the government. |
| 5 | Q | What do you mean working with the |
| 6 | | government?  Were you a federal employee? |
| 7 | A | No, whistleblower. |
| 8 | Q | All right.  When you left your employment |
| 9 | | in 1991, what was your position? |
| 10 | A | Programs engineer. |
| 11 | Q | And is that the same job you were |
| 12 | | describing to me as procuring the |
| 13 | | materials and working with the |
| 14 | | installation forces that would be putting |
| 15 | | in train control systems and highway |
| 16 | | traffic control devices? |
| 17 | A | Correct. |
| 18 | Q | And then in 1991, did you leave of your |
| 19 | | own accord? |
| 20 | A | Yes. |
| 21 | Q | Did you retire as an employee? |
| 22 | A | No, I resigned. |
| 23 | Q | Okay.  And then you said you started |
| 24 | | working with the government as a |
| 25 | | whistleblower. |

```
 1    A         Correct.

 2    Q         Okay.  Were you a paid employee as a

 3              whistleblower?

 4    A         No.

 5    Q         What do you mean working with the

 6              government as a whistleblower?  What were

 7              you doing?

 8    A         CSX was defrauding the federal government

 9              and states on installation of crossings,

10              and I started working with the State of

11              Florida RECO section, the state auditor

12              and the U.S. DOT in investigation of the

13              fraud.

14    Q         And what was the fraud which you were

15              claiming they had engaged in?

16    A         Overcharges on crossing materials.

17    Q         Were these crossing materials that you

18              had obtained?

19    A         Yes.  Labor, taxes.

20    Q         Okay.  And what years were you involved

21              in this working with the State of Florida

22              and the U.S. Department of

23              Transportation?

24    A         Well, actually by the time I figured out

25              the process it was from 1992 until
```

```
 1                      present.
 2    Q    Did you participate in any lawsuit
 3         against CSX Transportation?
 4    A    Yes.
 5    Q    And what is that lawsuit?
 6    A    That's under the False Claims Act on
 7         behalf of the government and the people.
 8    Q    And when was that lawsuit filed?
 9    A    1994.
10    Q    Is that lawsuit still pending?
11    A    No, that one was -- that one was settled.
12         The first -- when I first started working
13         with the State of Florida, the first
14         investigation, the State of Florida
15         settled and released CSX for fraud for an
16         amount of 2.1 million dollars.  That was
17         in 1993.
18    Q    And did you receive money out of this
19         yourself?
20    A    No.
21    Q    Okay.  In 1993 there was a settlement
22         with the State of Florida?
23    A    Yes, 2.1 million.
24    Q    Okay.  Then what else did you engage in?
25    A    In 1994 I filed a false claims action,
```

| | | |
|---|---|---|
| 1 | | which CSX settled with the Department of |
| 2 | | Justice for 5.9 million. |
| 3 | Q | Okay.  And what area did that involve? |
| 4 | | Was it beyond Florida? |
| 5 | A | Yeah, 22 states, and it was the same -- |
| 6 | | same fraud as occurred in 1993, in the |
| 7 | | same -- well, the same fraud that was -- |
| 8 | | was occurring while I was there. |
| 9 | Q | So again you're talking about overcharges |
| 10 | | on crossing materials for which the |
| 11 | | government -- the federal government |
| 12 | | would have made reimbursement to CSX? |
| 13 | A | Correct. |
| 14 | Q | And your charge was that the crossing |
| 15 | | materials were being -- |
| 16 | A | Inflated. |
| 17 | Q | All right.  And you said that case was |
| 18 | | settled in -- when was that case settled? |
| 19 | A | The '94 case was settled in '95. |
| 20 | Q | Okay.  Did you receive a sum out of that |
| 21 | | yourself? |
| 22 | A | Yes. |
| 23 | Q | And what did you receive? |
| 24 | A | 1,180,000, 20 percent. |
| 25 | Q | And where was that case filed? |

| | | |
|---|---|---|
| 1 | A | Central District of Florida, I believe. |
| 2 | Q | Do you remember who your counsel was |
| 3 | | there? |
| 4 | A | Phillips & Cohen. |
| 5 | Q | And what now? |
| 6 | A | Phillips & Cohen. |
| 7 | Q | C-O-H-E-N? |
| 8 | A | Correct. |
| 9 | Q | Any other whistleblower actions have you |
| 10 | | been involved in? |
| 11 | A | Yes, sir. |
| 12 | Q | And what? |
| 13 | A | 2001 I filed a second false claims suit |
| 14 | | against CSX. |
| 15 | Q | Okay.  And where did you file that one? |
| 16 | A | The Northern District of Georgia. |
| 17 | Q | Did you use the same firm as you used |
| 18 | | before? |
| 19 | A | Yes. |
| 20 | Q | Okay.  And is that case pending, or is it |
| 21 | | over? |
| 22 | A | No.  The Justice Department decided not |
| 23 | | to intervene, CSX filed for dismissal, |
| 24 | | and I was unable to appeal in time. |
| 25 | Q | So that case was dismissed? |

```
 1    A        Yes.

 2    Q        Any other False Claims Act cases?

 3    A        No.

 4    Q        Are you a member of any trade

 5             organizations?

 6    A        No, sir.

 7    Q        Are you licensed as an engineer in any

 8             state?

 9    A        No, sir.

10    Q        Now, in your work as an employee of CSX

11             Transportation, did you ever work in

12             signal maintenance, in maintenance of

13             highway traffic control devices or in

14             train control systems?

15    A        I was in management over both those

16             departments.

17    Q        Okay.  But I mean, actual --

18    A        Actual, no.

19    Q        -- hands-on, you go out there and try to

20             figure out what's wrong with crossing

21             signal devices?

22    A        Other than the training program, the

23             signal trainings program, no.

24    Q        In the signal training program, did you

25             actually work in repair of signal
```

```
 1                    training -- signal systems, or were you

 2                    just explained how they operate?

 3       A            Yes, what they would do is they would

 4                    take -- you would build circuits, and

 5                    then they would install problems within

 6                    those circuits, and you would

 7                    troubleshoot them to make a repair.

 8       Q            As part of the training?

 9       A            As part of the training.

10       Q            But as far as working in that in the

11                    field, you've never worked in the repair

12                    of signals?

13       A            No, sir, except the fact that I worked

14                    with the signal maintainers and the

15                    supervisors every day.  That was part of

16                    my -- part of my job.

17       Q            Okay.  But I understand that you had a

18                    day-to-day relationship with CSX crossing

19                    and system gangs.

20       A            That's correct.

21       Q            And those CSX crossing and system gangs

22                    are involved in installation of the

23                    systems that you've been describing in

24                    your work from 19 -- well, installation

25                    '86 to 1991.
```

| | | |
|---|---|---|
| 1 | A | Correct. |
| 2 | Q | And that's a period of five years; is |
| 3 | | that right? |
| 4 | A | Correct. |
| 5 | Q | And then you have 63 crossing and signal |
| 6 | | supervisors.  Now, a crossing and signal |
| 7 | | supervisor is -- you're talking about |
| 8 | | these people who are across the entire |
| 9 | | railroad system; is that right? |
| 10 | A | Correct.  That's by area with maintainers |
| 11 | | and under them. |
| 12 | Q | But I don't see any work -- hands-on work |
| 13 | | with maintainers in the field; is that |
| 14 | | correct? |
| 15 | A | That's correct.  But what they -- what I |
| 16 | | meant by that is when they have a |
| 17 | | problem, they would contact me, we would |
| 18 | | resolve their problem to be able to |
| 19 | | obtain the proper materials to make the |
| 20 | | repairs, any problems they were having. |
| 21 | | Often I would take their complaints to |
| 22 | | the design engineers to resolve the |
| 23 | | problems. |
| 24 | Q | Have you worked in any type of railroad |
| 25 | | signal system design or maintenance since |

```
 1                  1991?
 2    A             No, sir.
 3    Q             And it may seem an obvious question, but
 4                  I want to answer, did you perform
 5                  maintenance or repair at the crossing
 6                  signals at U.S. 25 and Walton at any time
 7                  during your career?
 8    A             No, sir.
 9    Q             How about the Depot Street crossing in
10                  Walton, did you ever do any repair or
11                  maintenance there?
12    A             No, sir.
13    Q             Before this lawsuit occurred, had you
14                  ever been there?
15    A             No, sir.
16    Q             I saw that you listed in your materials
17                  that you brought with you in the folder a
18                  copy of the public projects file from
19                  1984 and rubberized crossing, and you
20                  marked that as very important.  Did you
21                  have any participation in the
22                  installation of the crossing service in
23                  1984?
24    COURT REPORTER:    Hold on just a second.  I need to
25                      start a new file.
```

```
 1                    (OFF THE RECORD)

 2

 3                    (THEREUPON, A BREAK IS TAKEN)

 4    Q       You have a tag on that.  It says very

 5            important.  And I believe the question I

 6            had asked you was whether or not you had

 7            any personal participation in that

 8            surface project in 1984?

 9    A       No, sir.

10    Q       And then the follow-up question was why

11            did you consider that 1984 project to be

12            very important to your opinions in this

13            case?

14    A       Because if federal funds were used in the

15            installation of that crossing, the Code

16            of Federal Regulations also require that

17            the crossing be upgraded to current

18            standards which would have included

19            gates.

20    Q       And what regulations are you referring

21            to?

22    A       It's in the section of -- it's titled 49

23            234.  I'm not sure.  I've got it listed

24            somewhere exactly the regulation, but...

25    Q       Is it --
```

```
 1   A          It's not in the 234, it's -- I forget
 2              which one it is, but it requires the
 3              crossing to be upgraded to standard and
 4              any improvements and according to the
 5              crossing -- U.S. DOT crossing inventory
 6              report if, for instance, high speed
 7              traffic, HAZMAT trucks, large trucks,
 8              high volume of large trucks, school
 9              buses, school location, traffic speed, if
10              any of those occurred between the initial
11              installation and the upgrade of the
12              rubberized crossing, then the upgrade
13              should have taken place.
14   Q          Okay.  Is it your opinion, then, that the
15              1984 public projects file shows a project
16              paid for or in which federal funds
17              participated in the installation of the
18              components at that crossing, the signal
19              devices and the surface at the
20              crossing; is that correct?
21   A          Correct.
22   Q          I believe you referred in your report to
23              the plan, the surface plan that was
24              outlining the crossing surface in the
25              location of the devices and location of
```

```
 1              the signal case.  Do you remember seeing
 2              that in the public projects file?  You
 3              can get it out if you want.  This is not
 4              a test for you to try to remember.
 5    A         No.
 6    Q         Why don't you pull out your section there
 7              on that -- you've got it in your --
 8    A         On the rubberized crossing installation?
 9    Q         Yes, sir.
10              (OFF THE RECORD)
11              (WITNESS REVIEWS FILE)
12    A         You're asking me what again?
13    Q         Now, in that particular project, do you
14              see a contract from the Commonwealth of
15              Kentucky in the predecessor railroad,
16              which I believe at that time was Seaboard
17              System Railroad?
18    A         Seaboard under L&N.  Okay.  And your
19              question again, please?
20    Q         Did you see a plan view in there of the
21              plan of the crossing?
22    A         Plan?  I think I saw that somewhere.
23              (WITNESS REVIEWS FILE)
24    A         Yes, sir.
25    Q         Okay.  Is this the type of plan that
```

| | | |
|---|---|---|
| 1 | | would be performed in conjunction with |
| 2 | | the state agency, in this case the |
| 3 | | Commonwealth of Kentucky and your |
| 4 | | department in Jacksonville? |
| 5 | A | No, sir. |
| 6 | Q | And would you participate in -- it would |
| 7 | | be other departments in Jacksonville that |
| 8 | | would work with that? |
| 9 | A | That's correct. |
| 10 | Q | And you see this is part of a funding |
| 11 | | program -- |
| 12 | A | Uh-huh (Affirmative). |
| 13 | Q | -- is it not? |
| 14 | A | Correct. |
| 15 | Q | And on the plan, which is -- you want to |
| 16 | | look at the next -- the page of the plan |
| 17 | | view.  We're referring for the record as |
| 18 | | Exhibit BB that was produced in discovery |
| 19 | | in the case.  Okay.  And you see on that |
| 20 | | the placement of the signal case and the |
| 21 | | placement of the signals? |
| 22 | A | Correct. |
| 23 | Q | And also the placement of the rubberized |
| 24 | | pad crossing surface? |
| 25 | A | Correct. |

1    Q        And it's your opinion that because of
2             this project that under the federal
3             regulations crossing signal devices were
4             required to be upgraded to that point?
5    A        Correct.
6    Q        Do you have any information as to why the
7             Commonwealth of Kentucky did not choose
8             to upgrade the signals from the flashing
9             lights, post-mounted flashing lights
10            which were installed at the time?
11   A        Do I have the information?
12   Q        Yes, sir.
13   A        No, I do not have the information.
14   Q        And in your experience would that be part
15            of the work a diagnostic team would do at
16            a particular crossing?
17   A        That would be correct in that it's a
18            combination of diagnostic team of CSX and
19            the state.
20   Q        So a diagnostic team would make a
21            determination with participation from CSX
22            Transportation personnel and the Kentucky
23            Department of Transportation personnel
24            and then would come out with a decision
25            as to what the appropriate crossing

1          signal devices were for the crossing?

2     A    That's correct.

3     Q    Okay.

4     A    There was also -- it appears that the

5          flashing lights were upgraded also to

6          12-inch roundels, but I'm still unable to

7          determine whether federal funds was used

8          in that installation also.  I don't have

9          that information yet.

10    Q    If federal funds were used in the upgrade

11         of the -- or the change from 8-inch

12         lenses to 12-inch lenses, which were

13         there at the time of the accident --

14    A    Correct.

15    Q    -- if federal funds were used with that,

16         what is your opinion as to whether those

17         were the appropriate crossing signal

18         devices for that crossing?

19    A    If it was a change-out in the lenses,

20         then that would fall in my department

21         under signals, and this same procedure

22         should be followed that you upgrade the

23         crossing to the latest standards.

24    Q    You participated, I guess, then, in

25         programs while you were an employee of

| 1 | | CSX Transportation at which federal funds |
| 2 | | through state agencies were used to |
| 3 | | upgrade crossing signal devices from |
| 4 | | 8-inch lenses to 12-inch lenses, did you |
| 5 | | not? |
| 6 | A | That's correct. |
| 7 | Q | In fact, they were significant state |
| 8 | | programs in which the crossing signal |
| 9 | | devices would receive the 12-inch lenses |
| 10 | | statewide? |
| 11 | A | That's correct.  I'm unable to determine |
| 12 | | whether federal funds were actually used |
| 13 | | in that or not. |
| 14 | Q | But that would be consistent with what |
| 15 | | you had seen in your work at CSX? |
| 16 | A | Yes. |
| 17 | Q | That federal funds would have been used |
| 18 | | to upgrade the signal size of the lenses? |
| 19 | A | Normally, yes. |
| 20 | Q | Let me ask you in your description, |
| 21 | | somewhere I read in your report that said |
| 22 | | you -- "Since CSX, I've worked |
| 23 | | extensively with the U.S. Department of |
| 24 | | Transportation, which included |
| 25 | | Highway-Rail Accident Prevention, |

```
 1                    Investigations and Reconstruction."  Now,
 2                    was this as an employee?
 3    A              As an -- no.
 4    Q              Was this as a contractor on a particular
 5                    contract?
 6    A              No, sir.
 7    Q              What are you talking about there, then?
 8    A              As a whistleblower.
 9    Q              Okay.  So with that you're talking --
10                    that's the 1992, 1990 -- let's see.
11    A              '94.
12    Q              1994 --
13    A              And 2001.
14    Q              -- and 2001 lawsuits?
15    A              Correct.
16    Q              Is there any other consultation that you
17                    have done with U.S. Department of
18                    Transportation?
19    A              Other than the fraud issues?
20    Q              Yes, sir.
21    A              Yes, it was the activation failures, loss
22                    of shunt activation failures.
23    Q              Now, what are you talking about here?
24    A              Well, activation failures --
25    Q              No, I mean -- excuse me.
```

```
 1    A         I'm sorry.
 2    Q         What kind of work are you talking about
 3              that you worked with the Department of
 4              Transportation on involving activation
 5              failures?
 6    A         Trainmen.
 7    Q         Like were you paid as an employee or as a
 8              contractor to give instruction to U.S.
 9              DOT people?
10    A         No, sir.
11    Q         So is this where you have talked to FRA
12              inspectors; is that what you -- I'm
13              trying to figure out what you're talking
14              about here.
15    A         Okay.  In order for the U.S. DOT to be
16              able to understand that the installation
17              of the control circuits on crossings was
18              an actual act of fraud, I had to work
19              with them extensively to explain the
20              process.  And from there the U.S. DOT
21              requested that I also give a short
22              seminar to the FRA explaining those
23              failures of crossing installations.
24                   I also worked with the U.S. DOT on
25              the audit of government oversight where
```

| 1  |   | the U.S. DOT actually audited the FRA, |
|----|---|---|
| 2  |   | which is a subordinate department because |
| 3  |   | of their non-participation in crossing |
| 4  |   | accidents. |
| 5  | Q | Okay.  Let's take these from the |
| 6  |   | beginning here. |
| 7  | A | Okay. |
| 8  | Q | As part of your whistleblower claims and |
| 9  |   | suits -- |
| 10 | A | Uh-huh (Affirmative). |
| 11 | Q | -- you explained to the Department of |
| 12 |   | Transportation representatives how |
| 13 |   | signals operate. |
| 14 | A | Correct. |
| 15 | Q | And that was in aid of the claim that |
| 16 |   | there had been fraud? |
| 17 | A | Correct. |
| 18 | Q | And then you said that you did a short |
| 19 |   | seminar on -- to the Department of |
| 20 |   | Transportation.  Was that seminar on the |
| 21 |   | fraud issues? |
| 22 | A | No, it was not on the fraud issues. |
| 23 | Q | Okay.  What was that seminar on? |
| 24 | A | It was -- it was to explain -- the U.S. |
| 25 |   | DOT needed to get a grasp on why the FRA |

```
 1              was not doing -- performing their job.

 2    Q         And when did this happen?

 3    A         It was in 2000 -- July, 2001.

 4    Q         And how long did the seminar last?

 5    A         It was just a couple of hours.

 6    Q         Okay.  And did you meet with a group of

 7              people or anyone in particular?

 8    A         I met with all of the FRA heads and the

 9              southeastern portion of the United

10              States.

11    Q         So was this especially to come in to talk

12              to you, or was it at a meeting they had?

13    A         It was special to talk to me.

14    Q         So you met July of 2001 with heads of FRA

15              southern region what?

16    A         It's -- evidently all I know is it's

17              southeastern portion, and there was nine

18              FRA agents present and two U.S.

19              Government special agents.

20    Q         And you took a couple of hours with them

21              explaining, what, how lights operated?

22    A         Crossing failures.

23    Q         All right.  And what was your information

24              to them on crossing failures?

25    A         I explained to them as -- I gave
```

```
 1              scenarios as to how a crossing device

 2              failed.  I actually used an actual

 3              crossing accident in which a -- two

 4              12-year-old boys were standing at a

 5              crossing with the gates down, an

 6              eastbound train passed, the gates lifted,

 7              the boys took off running across the

 8              crossing, one boy was struck in the head

 9              by the handrail on the train, massive

10              head and facial reconstruction, he was in

11              a coma for a year, and the result of that

12              was a tail ring.  The gates should not

13              have came up, but they do.  And the FRA

14              still don't know why this situation

15              happens.

16        Q     Wait a minute.  The two people you're

17              talking about, the two young men were

18              standing on the crossing?

19        A     No, standing behind the stop bar, behind

20              the gate.

21        Q     Standing behind the gate.

22        A     As pedestrians.

23        Q     Okay.  The train passes.  So the gates

24              were down as appropriate?

25        A     Correct.
```

| | | |
|---|---|---|
| 1 | Q | The train went through? |
| 2 | A | Correct. |
| 3 | Q | Okay.  And then how did they get hurt? |
| 4 | A | The -- there was a westbound train coming |
| 5 | | from behind the eastbound.  Okay?  And as |
| 6 | | the boys were running across -- |
| 7 | Q | On a parallel track? |
| 8 | A | Parallel track.  Two-track.  Okay. |
| 9 | Q | Okay. |
| 10 | A | And the boy got hit.  So you have a |
| 11 | | massive problem here that the FRA is |
| 12 | | not -- not addressing. |
| 13 | | The other situations where there was |
| 14 | | actual loss of shunt due to rust on the |
| 15 | | rail, light trains, a flower, any foreign |
| 16 | | substance being on the track causing a |
| 17 | | loss of shunt. |
| 18 | Q | And when you're talking about loss of |
| 19 | | shunt, you're talking about a train |
| 20 | | that's already occupying the crossing? |
| 21 | A | Correct. |
| 22 | Q | And the traffic control devices, be they |
| 23 | | lights or lights and gates, are already |
| 24 | | functioning? |
| 25 | A | Correct. |

1    Q        And sometime during the time when the
2             train is passing, the signals will sense
3             that the train has cleared the crossing?
4    A        Correct.
5    Q        But the train's still there?
6    A        Correct.
7    Q        And then it regains its shunt?
8    A        Yes.
9    Q        So that the lights continue to operate?
10   A        It may or may not, yes.
11   Q        All right.
12   A        The other one is --
13   Q        Now, let me ask you this.
14   A        Uh-huh (Affirmative).
15   Q        Just for purposes of our lawsuit since
16            we're talking about the Fogle case --
17   A        Uh-huh (Affirmative).
18   Q        -- the train had not arrived at the
19            crossing by the time the Fogles got
20            there; is that correct?
21   A        It had -- they were T-boned, so
22            apparently.
23   Q        They came at the same time?
24   A        Correct.
25   Q        Do you have any evidence that there was

```
 1              loss of shunt applicable in this case?
 2    A         In this case, no.  There's evidence that
 3              it has produced loss of shunt.
 4    Q         All right.  But in this particular case
 5              involving -- we have to focus sometime on
 6              the lawsuit in front of us.
 7    A         Correct.
 8    Q         So in the accident involving the
 9              Fogles --
10    A         Uh-huh (Affirmative).
11    Q         -- is there any evidence that loss of
12              shunt was involved in the signal
13              operation at the time that Fogle
14              approached the crossing?
15    A         Yes, sir.  It's either loss of shunt or
16              failure to activate.
17    Q         All right.  And loss of shunt, are you --
18              loss of shunt on the island circuit or on
19              the approach circuit?
20    A         Approach circuit.
21    Q         So you believe that there was evidence of
22              loss of shunt on the approach circuit?
23    A         Either that or activation failure, one.
24    Q         Now, I think I was asking you about your
25              presentation.  So you gave some
```

1          descriptions to these nine persons from

2          the FRA in 2001, and you gave the

3          description of the two young men who

4          watched one train clear, and then they

5          were hit by an opposing train?

6    A     Correct.  And that's called a tail ring.

7    Q     And then also the fact that there's a

8          possibility of loss of shunt from rust on

9          the rail or some other purpose, cause?

10   A     That's correct.

11   Q     Is there any other topic that you raised

12         with the --

13   A     Activation failures.

14   Q     Okay.

15   A     And probably lastly was the fact that the

16         process in which an investigation takes

17         place, the only ones that are truly

18         authorized and have the experience to

19         make an investigation is the Federal

20         Railroad Administration itself, which the

21         U.S. DOT audit found that out of over

22         3,000 accidents in 2004, I believe, the

23         Federal Railroad Administration only

24         investigated nine.

25   Q     Did you participate in that audit in

| | | |
|---|---|---|
| 1 | | 2000? |
| 2 | A | Yes. |
| 3 | Q | And what was your participation in the |
| 4 | | audit? |
| 5 | A | I worked with Brenda James, auditing |
| 6 | | manager. |
| 7 | Q | And what did you do in the audit? |
| 8 | A | I supplied her information as to what to |
| 9 | | look for, I supplied her with actual |
| 10 | | cases as listed in newspapers and went |
| 11 | | through the procedure as to how the case |
| 12 | | would be portrayed by the railroad, used |
| 13 | | different railroads, not only CSX, and |
| 14 | | the failure to perform a proper |
| 15 | | investigation.  And also those -- I done |
| 16 | | that by e-mail, and the same copies I |
| 17 | | would forward on to the U.S. |
| 18 | | Congressional Transportation committee |
| 19 | | who had requested the audit. |
| 20 | Q | Do you have these e-mails? |
| 21 | A | No, I do not. |
| 22 | Q | Do you still have them at your home? |
| 23 | A | No, I don't. |
| 24 | Q | Now, other than providing the background |
| 25 | | information in e-mails, did you perform |

```
 1                          any of the audit yourself?

 2        A              The actual audit, no.

 3        Q              Are you aware of any regulatory changes

 4                       that followed from this audit?

 5        A              The railroad is -- the railroads are to

 6                       start putting reflective tape on their

 7                       cars, on the sides of them.

 8        Q              Well, now, I don't think -- okay.  Now,

 9                       reflective -- reflectorized tape --

10        A              Yeah.

11        Q              -- is a separate regulatory change, is it

12                       not?

13        A              Well, now as a regulatory change, not an

14                       actual regulatory change.  It came in --

15                       the results came, I think, in more or

16                       less the line of suggestions, and the

17                       U.S. DOT continued to monitor, and as far

18                       as I know still continue to monitor.

19        Q              You indicated that you have consulted in

20                       one other case.  Has that changed since

21                       your report issued in December?

22        A              I'm sorry, the question again?

23        Q              You listed that you've testified only in

24                       one other case.

25        A              Correct.
```

1   Q        And that was it says, "City versus county

2            versus 17 year old boy.  Double homicide

3            on a CSX highway-grade crossing."

4   A        Correct.

5   Q        Is this a criminal case?

6   A        Yes.  It was what you call pretrial, and

7            it was criminal.

8   Q        So was the 17-year-old boy an operator of

9            a vehicle?

10  A        Yes, he was the driver.

11  Q        And two others were killed?

12  A        Correct.

13  Q        And what were the facts surrounding it?

14  A        The facts were that CSX had removed the

15           rubber piece that goes along beside the

16           rail on the crossing between the rail and

17           the blacktop surface, which left a gaping

18           hole.  The 17 year old pulled up on top

19           of the crossing to view a flood and got

20           stuck in the hole.

21  Q        Was there any alcohol involved?

22  A        No.

23  Q        And what was the result, to your

24           knowledge, of this claim?  It says double

25           homicide.

| | | |
|---|---|---|
| 1 | A | Yeah, they dropped -- |
| 2 | Q | A double homicide -- |
| 3 | A | They dropped the case. |
| 4 | Q | So you're offering an opinion on the |
| 5 | | condition of the highway surface itself? |
| 6 | A | Correct. |
| 7 | Q | Any other cases in which you have given |
| 8 | | testimony? |
| 9 | A | No, sir. |
| 10 | Q | Are you consulting in any other cases as |
| 11 | | an expert witness like you're doing here? |
| 12 | A | Yes, sir. |
| 13 | Q | And without telling me the -- have you |
| 14 | | been declared as any expert witness in |
| 15 | | another case? |
| 16 | A | I think so.  The second case that I'm |
| 17 | | working on. |
| 18 | Q | And where is that? |
| 19 | A | Atlanta. |
| 20 | Q | Is it a crossing case? |
| 21 | A | Yes. |
| 22 | Q | Does it involve traffic control devices? |
| 23 | A | Yes. |
| 24 | Q | Is it in suit? |
| 25 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | And you have not given any testimony yet? |
| 2 | A | No. |
| 3 | Q | And are you retained on behalf of the |
| 4 | | plaintiff or the defendant? |
| 5 | A | Plaintiff. |
| 6 | Q | But you don't know whether or not you've |
| 7 | | been declared formally in the case? |
| 8 | A | No, sir, not yet. |
| 9 | Q | Now, you said you reviewed some materials |
| 10 | | here, and you have a list of 11 things |
| 11 | | and the Code of Federal Regulations Title |
| 12 | | 49.  Now, that's a couple hundred -- |
| 13 | | several hundred sections.  Have you |
| 14 | | delineated the particular ones in which |
| 15 | | you are claiming that were important to |
| 16 | | you in arriving at your opinions? |
| 17 | A | Yes, sir. |
| 18 | Q | Which ones? |
| 19 | A | It's the 234s. |
| 20 | Q | So it would be 49 CFR, Part 234? |
| 21 | A | Correct. |
| 22 | Q | The Federal Railroad Administration |
| 23 | | Guidance on Traffic Control Devices at |
| 24 | | Highway Grade Crossings, you've got that |
| 25 | | listed. |

| | | |
|---|---|---|
| 1 | A | Say again.  I'm sorry.  You're asking a |
| 2 | | question or -- |
| 3 | Q | I'll tell you what, I've marked |
| 4 | | Exhibit 1, a copy of the report which was |
| 5 | | given to me.  Would you look at it and |
| 6 | | see if that is the report that you have |
| 7 | | rendered? |
| 8 | | (SAID DOCUMENT IS MARKED FOR |
| 9 | | IDENTIFICATION) |
| 10 | A | Yes. |
| 11 | Q | I was looking at Number 2.  And how did |
| 12 | | you use Item 2? |
| 13 | A | I'm not sure.  I don't remember exactly |
| 14 | | the information that was in it.  Some of |
| 15 | | the things I listed may have -- it's just |
| 16 | | because of the information that I had |
| 17 | | that was supplied to me. |
| 18 | Q | Okay.  And then supplied to you by whom, |
| 19 | | counsel? |
| 20 | A | Yes. |
| 21 | Q | Do you know whether this is supplied to |
| 22 | | you by counsel or you obtained from your |
| 23 | | materials? |
| 24 | A | I'm not sure.  I don't know whether I |
| 25 | | pulled it off the computer or whether it |

1                was supplied to me.

2    Q        All right.  And you've got Code of

3                Federal Regulation 646.214?

4    A        Yes.  That's the one that -- the reg that

5                requires the crossing to be upgraded to

6                latest standards if federal funds are

7                used.

8    Q        And it's your opinion because of the 1984

9                project that was paid for by federal

10              funds that the crossing signal devices

11              would have been required to been --

12    A       Yes.

13    Q       -- crossing signal lights with gates?

14    A       Correct.

15    Q       In 1984?

16    A       Correct.

17    Q       Item 4, report on audit of oversight of

18              rail grade crossing accident reporting,

19              et cetera.

20    A       That's correct.

21    Q       Now, that is the audit that you're

22              referring to that you gave Ms. Jones some

23              background information on?

24    A       Yes.

25    Q       Other than background information, is

| | | |
|---|---|---|
| 1 | | there anything in that audit that refers |
| 2 | | to this particular crossing? |
| 3 | A | Yes, the lack of investigation by the |
| 4 | | Federal Railroad Administration in this |
| 5 | | particular crossing at Main Street, as |
| 6 | | far as I know the FRA did not |
| 7 | | investigate. |
| 8 | Q | Okay.  After this accident -- if I'm |
| 9 | | understanding you, after this accident |
| 10 | | from your understanding the Federal |
| 11 | | Railroad Administration did not |
| 12 | | investigate. |
| 13 | A | That's correct. |
| 14 | Q | And do you have any information that this |
| 15 | | crossing was included in any of the audit |
| 16 | | information referred to in this 2006 |
| 17 | | report? |
| 18 | A | No, other than the fact that U.S. DOT had |
| 19 | | requested the Federal Railroad |
| 20 | | Administration to investigate. |
| 21 | Q | Okay. |
| 22 | A | And the information provided to the |
| 23 | | Federal Railroad Administration from CSX |
| 24 | | would be concluded by the Federal |
| 25 | | Railroad Administration that they did not |

```
 1              need to investigate.
 2      Q       I saw you had a note in your file
 3              respecting the post-accident report that
 4              was provided to the Federal Railroad
 5              Administration in this case.
 6      A       Uh-huh (Affirmative).
 7      Q       Is that what you're referring to the FRA
 8              would conclude they did not need to
 9              investigate?
10      A       That would be correct.
11      Q       And what is incorrect about that report?
12      A       That was -- the report in box 48 said
13              that the deceased was allowed 20 seconds
14              warning.  That was false.
15      Q       And how do you know that was false?
16      A       Because he had no way of determining that
17              they had 20 seconds warning.
18      Q       Now, you're talking in this case -- in
19              this testimony now about the
20              post-accident report completed by
21              Trainmaster Tribble?
22      A       That is correct.
23      Q       And box 48 indicating that the crossing
24              signal devices were working?
25      A       Yes.
```

1    Q         And you understand that Mr. Tribble was
2              not present at the accident at the time
3              of the accident?
4    A         That is correct.
5    Q         All right.  Did you examine the testimony
6              concerning the lights having been
7              operating at that crossing?
8    A         Yes, I have.
9    Q         And you've disregarded all that
10             testimony?
11   A         It has to be disregarded --
12   Q         Okay.  Just to make sure.
13   A         -- because he --
14   Q         I'm sorry.  I cut you off.  I didn't mean
15             to.
16   A         Because he didn't confirm with any of the
17             witnesses that the lights were operating
18             prior or how long they had been
19             operating.  Had they been operating 20
20             seconds, no, he didn't say that.  He
21             didn't ask that.
22                  And then in 48A, which 48A he was
23             supposed to put in a code provided on the
24             back of that reporting form that gives
25             the -- all the different scenarios of why

1          the person wasn't allowed 20 seconds, and

2          he put in a false statement there marked

3          number one.

4    Q    You want to get that.  I think you have

5          that report with you.

6    A    Let me think.

7    Q    It's in your expanded folder.

8    A    You know as well as I do now.

9    Q    If you would, I believe you have a copy

10         of it in your expanded folder.

11   A    I've got this one.  On box 48, train

12         activated a warning operating.  He

13         checked box number one yes, which is

14         misleading.  It did activate the warning

15         circuit, but it didn't operate in time

16         giving 20 seconds warning.  Okay?

17              You go to 48A, signaled crossing

18         warning see back form.  Okay?  The back

19         form on that says provide a minimum of 20

20         seconds warning.  That's what he checked,

21         number one.  There's no way for him to

22         determine that.  That's a false

23         statement.

24              Then it goes through the rest of

25         these scenarios.  Alleged warning time

1      greater than 80 seconds, less than 20

2      seconds, alleged no warning.  All these

3      things he didn't even take into

4      consideration.  Now, this is provided to

5      the FRA; the FRA looks at it and looks at

6      the conclusion to the report where he

7      says witnesses said the lights were

8      flashing.  Okay?  And the FRA, as a

9      result, does not investigate.

10   Q   Let's mark this as Exhibit 2, please.

11       (SAID DOCUMENT IS MARKED FOR

12       IDENTIFICATION)

13   Q   Exhibit 2 has a cover page which are

14       notes that you have made, are they not?

15   A   Correct.  Just working notes.

16   Q   Those are notes that you have described

17       on what your opinion is with respect to

18       the CSXT report that was submitted to the

19       FRA?

20   A   Correct.

21   Q   And did you review the post-accident

22       inspection report, both in the notes of

23       Mr. Ryan and also the TCIS report that he

24       made?

25   A   Yes.

```
 1    Q        And what was the length of signals that
 2             was observed in his post-accident
 3             inspection?
 4    A        His post-accident inspection, I don't
 5             know if he gives it, but it should have
 6             been about 34 seconds, which that's part
 7             of the problem with the activation,
 8             failure loss of shunt, is this control
 9             circuit does clear itself up.  And to go
10             back out and check how much actual time
11             if, for instance, there was a false shunt
12             on the crossing approach area, such as a
13             piece of wire or a bicycle or whatever,
14             the train will hit it and remove it, and
15             when you go back out and check that
16             crossing it will -- it will operate as
17             intended.
18    Q        If there had been a bicycle across the
19             track as Mr. Lawrence asked questions
20             recently about that in one of his
21             depositions, if there had been a bicycle
22             across the tracks, what would have been
23             the effect upon the signals at Walton,
24             U.S. 25?
25    A        It would -- depending on the conductivity
```

1    of the bicycle, how it's placed, how well

2    it's hitting the rail, a good contact

3    surface, the gates would activate or the

4    lights would activate, okay, for

5    approximately five seconds, assuming that

6    the bicycle was an actual train.

7        It would look every three seconds to

8    determine if the train is approaching the

9    crossing or not.  It would determine if

10   the train/bicycle has not moved, and then

11   as the train stopped on the approach and

12   would deactivate the signal, they would

13   go off to allow traffic to flow.  It will

14   not detect the next train until the train

15   passes where the location of the bicycle

16   is.  Then you have a 3 to 5-second

17   turn-on time from that point for the

18   actual crossing to activate, which gives

19   you much less than 20 seconds, or in this

20   case somewhere 34 seconds.

21       It has -- the federal regs require

22   that the crossing be maintained according

23   to the design.  Like I say, the design of

24   CSX is 30 seconds, maybe a 3-second pad

25   to 27 seconds, but the time actual taking

```
 1              the test by the maintainer is 34 seconds,

 2              so he needs to maintain that crossing to

 3              activate at 34 seconds.

 4     Q        And so from your review of the

 5              maintainer's materials, his log and the

 6              TCIS reports of the crossing, that the

 7              maintainer maintained the signals to

 8              activate at 34 seconds?

 9     A        Correct.

10     Q        And you didn't find any fault with that,

11              did you?

12     A        With --

13     Q        Him maintaining it for 34 seconds?

14     A        Yes.  There's multiple problems listed in

15              the TCIS report.

16     Q        No, no, no.  Excuse me.  With the fact of

17              it being maintained at 34 seconds.

18     A        I'm sorry, ask your question again.

19     Q        He was maintained to give 34 seconds of

20              advanced notification of the approaching

21              train.

22     A        Correct.

23     Q        Is there anything wrong with it being

24              maintained to give 34 seconds advanced

25              notification of approaching train?
```

1    A        No.

2    Q        Now, what information are you relying

3             upon to offer an opinion that there was a

4             bicycle across the tracks on January 17,

5             2007?

6    A        There was a bicycle there.  Now, whether

7             it was actually on the tracks and the

8             train hit it, I would say no, because it

9             doesn't show the bicycle was in

10            disrepair.  It had been run over by

11            something, but not a train.

12   Q        If it had been across the tracks

13            providing a conduit for electricity so

14            that it had activated the signals and

15            then timed out the signals as you've

16            described, you would expect a different

17            kind of damage to that bicycle, would you

18            not?

19   A        That would be correct.

20   Q        So is there any other evidence upon which

21            you offer an opinion that there was, in

22            fact, a bicycle placed across the tracks

23            on January 17, 2007?

24   A        No, there is none.

25   Q        If there had been a -- and I believe

```
 1            there had been some description in
 2            questions by Mr. Lawrence about a use of
 3            battery cables to provide a conductor
 4            between the two rails or a wire across
 5            them, do you have any evidence that there
 6            was, in fact, some type of conductor
 7            placed between the rails to shunt the
 8            system inappropriately on January 17,
 9            2007?
10  A         I'm unaware of it, but the maintainer
11            suggests in his report that there was an
12            outside party or vandalism.
13  Q         On the day of the accident?
14  A         Yes.
15  Q         When you looked at this material, if
16            there had been some type of conductor
17            between the rails on January 17, 2007
18            what effect would that have had, if any,
19            upon any of the other train control
20            signals or other crossings?
21  A         It would depend.  If it's a hard-wired
22            shunt such as some metallic, okay, it
23            would also shut down the signal system,
24            and the train would not be allowed to
25            enter the block.  Okay?  But frequency is
```

1  not isolated to a metal conductor as is

2  DC, direct current or direct voltage.  It

3  would travel through ballasts, it would

4  travel through water, rain, snow, ice,

5  crossties and will do the same thing.

6  When it does that, it does not affect the

7  signal system because the signal system

8  is on a pulsating DC code, okay, and it

9  won't affect it.  It doesn't see the

10  frequency.

11       Frequency will travel through those

12  objects and cause the exact same

13  condition as placing a bicycle or a

14  hard-wire shunt across that track and

15  will short -- shunt the track out causing

16  less than 20 seconds warning time, less

17  than 34 seconds warning time and can even

18  eliminate the entire approach.  When it

19  does that, it causes a timing problem

20  with the vehicle crossing the crossing

21  because the driver don't know to look,

22  and it's a timing sequence.

23  Q    Okay.  Do you have any information that

24  there was snow across the track and

25  across the ballast on January 17, 2007?

1   A        Yes, what I've been told there was snow

2            present.

3   Q        Do you have any information or facts that

4            you're going to base an opinion that

5            there was some type of shunting of the

6            track by ballast or some other conductor

7            on January 17, 2007?

8   A        Other than what the maintainer said that

9            there was possibly was outside party or

10           vandalism, he had to mean something by

11           that.  And the other one, the·other part

12           is that this thing had been failing

13           repeatedly, and there's one TCIS report

14           from CSX where the problem was reported

15           by the maintainer as activation failure

16           caused by heavy rains.

17  Q        Are you referring to the crossing at U.S.

18           25 in Walton?

19  A        No, that's a different crossing.

20  Q        Again, the question of what facts are you

21           going to be pointing to to rely upon to

22           offer an opinion that on January 17, 2007

23           there was some type of unintended shunt

24           of the track causing the signals to

25           operate as they were not intended -- to

| | | |
|---|---|---|
| 1 | | operate other than as intended? |
| 2 | A | As intended?  Yes. |
| 3 | Q | What facts?  What facts? |
| 4 | A | The deposition given by Mr. Barker, I |
| 5 | | believe, indicates that the warning |
| 6 | | system did not activate to provide a |
| 7 | | minimum of 20 seconds warning. |
| 8 | Q | Can you point to the place in |
| 9 | | Mr. Barker's testimony -- I think you |
| 10 | | have it there in front of you -- where he |
| 11 | | said that the lights did not provide 20 |
| 12 | | seconds warning? |
| 13 | A | He didn't say it.  He wouldn't notice |
| 14 | | that. |
| 15 | Q | Well, did he say it or not say it? |
| 16 | A | Well, he wasn't asked for one thing. |
| 17 | Q | Here's the testimony here, this stack of |
| 18 | | depositions.  You've got these |
| 19 | | depositions. |
| 20 | A | Okay. |
| 21 | | (WITNESS REVIEWS DOCUMENT) |
| 22 | A | Okay.  In 10, starting at 19. |
| 23 | Q | Page 10 of Barker, Line 19. |
| 24 | A | Uh-huh (Affirmative). |
| 25 | Q | Okay. |

| | | |
|---|---|---|
| 1 | A | "And I was just listening to the train, |
| 2 | | waiting for him to ask me for something," |
| 3 | | which was his father, "and I was looking |
| 4 | | to see where" -- which train it was -- or |
| 5 | | "which train it was at, just curious, and |
| 6 | | looked down," that would be toward Main |
| 7 | | Street, "and it wasn't that one, and I |
| 8 | | looked up at the other one," which would |
| 9 | | be the street on the opposite side.  I |
| 10 | | forget what that was called.  The Norfolk |
| 11 | | Southern.  "It was as soon as I looked it |
| 12 | | was when it happened."  Okay. |
| 13 | | So I'm sorry, the first one he |
| 14 | | looked at the -- he looked at the Norfolk |
| 15 | | Southern train, and as he looked back he |
| 16 | | saw -- that's when it happened. |
| 17 | Q | Okay.  The testimony is that he -- that |
| 18 | | you're reading there is that he heard a |
| 19 | | train horn; is that correct? |
| 20 | A | Uh-huh (Affirmative).  He heard the train |
| 21 | | horn, that's correct. |
| 22 | Q | Do you dispute that he was able to hear |
| 23 | | the train horn? |
| 24 | A | Yes. |
| 25 | Q | Do you think Mr. Barker is unmistaken as |

| | | |
|---|---|---|
| 1 | | to what he heard? |
| 2 | A | No. |
| 3 | Q | Okay.  Then make this clear.  Do you |
| 4 | | dispute the observation of Mr. Barker |
| 5 | | that the train horn was sounded? |
| 6 | A | No. |
| 7 | Q | And then after he heard the train horn he |
| 8 | | looked to the Norfolk Southern crossing. |
| 9 | | And are you familiar what street that is? |
| 10 | A | I've forgotten the name of it right now. |
| 11 | Q | Is it Church Street? |
| 12 | A | Church Street, yeah. |
| 13 | Q | And he determined that the lights were |
| 14 | | not activated at Church Street? |
| 15 | A | Correct. |
| 16 | Q | Which led him to conclude that there was |
| 17 | | not a train approaching on the Norfolk |
| 18 | | Southern tracks? |
| 19 | A | Well, he was looking back and forth is |
| 20 | | the way I understand it. |
| 21 | Q | Can you point anything in the deposition |
| 22 | | where it said he was looking back and |
| 23 | | forth? |
| 24 | A | Says I was looking -- just curious, |
| 25 | | looked down and it wasn't that one, and I |

```
 1              looked up at the other one.  He was
 2              standing there trying to figure out which
 3              train it was, Norfolk & Southern or CSX.
 4              He had no indicator as to which one it
 5              was.  He was simply looking to see which
 6              crossing was activated, which he knew if
 7              he seen the crossing activated he'd know
 8              which one it was because he had minimum
 9              of 34 seconds.
10    Q         He looked at the crossing at Walton at
11              the time the accident occurred; is that
12              correct?
13    A         Correct.
14    Q         And what was his observation as to the
15              lights operating at that point?
16    A         His observation was that the lights were
17              working.
18    Q         Okay.  Now, did you review the testimony
19              of Ms. Steman who was on the highway
20              approaching from the same direction as
21              the Fogle vehicle?
22    A         Correct.
23    Q         And do you dispute Ms. Steman's testimony
24              that she observed the lights operating?
25    A         Other than the fact that she's changed
```

```
 1            her statement, okay, I don't dispute

 2            that.

 3    Q       How did she change --

 4    A       And also --

 5    Q       Go ahead.

 6    A       I also don't dispute the fact that she

 7            may have seen the lights prior to it,

 8            pulled into the parking lot, made a turn,

 9            and they had a loss of shunt, the lights

10            went out and then came back on when they

11            hit the island circuit.

12    Q       Did you observe any facts during the

13            course of your investigation of this case

14            that support your conclusion that there

15            may have been a loss of shunt causing the

16            lights to go out as the Fogles

17            approached?

18    A       As a fact, I was not a witness and have

19            to rely on the witness' statement, which

20            say the lights were activated.  Okay?

21            And the activation comes from 50 to 100

22            feet from a crossing surface itself by

23            the island circuit.  Okay?  And one is,

24            if it happens at that point, you're not

25            given 15 feet in which to stop --
```

1   Q        Well --

2   A        -- or stop short 15 feet of the rail.

3   Q        Let's clarify the question.  The question

4            was, what facts did you have -- do you

5            have to offer an opinion that there was,

6            in fact, a shunt of the -- a loss of

7            shunt of the track circuit so that the

8            lights activated and then went out and

9            reactivated during the approach of the

10           Fogles?

11  A        Well, the fact is as Mr. Barker's

12           statement here is that if he was looking

13           at -- at the crossing warning systems

14           himself, trying to figure out which

15           direction the train was coming, he would

16           have been alerted 34 seconds prior to the

17           train's arrival that Main Street was

18           where the train was coming from because

19           the lights and bells would have

20           activated.

21  Q        Now, as an expert witness, you also

22           reviewed the police report, did you not?

23  A        I did.

24  Q        And did you review the statement of the

25           motorist, Norman Baynum, who was on the

| | | |
|---|---|---|
| 1 | | opposite side of the track? |
| 2 | A | Yes. |
| 3 | Q | All right.  And that vehicle was stopped |
| 4 | | at the crossing. |
| 5 | A | That's correct. |
| 6 | Q | And that driver reported that he observed |
| 7 | | the lights flashing. |
| 8 | A | That's correct. |
| 9 | Q | If there is a loss of shunt causing the |
| 10 | | signal lights not to be illuminated, it |
| 11 | | would -- the loss of shunt would cause |
| 12 | | the loss of illumination on both sides, |
| 13 | | would it not? |
| 14 | A | That's correct. |
| 15 | Q | And is there anything in the statement of |
| 16 | | Mr. Baynum that he indicates the lights |
| 17 | | were illuminated and then went out as he |
| 18 | | was waiting? |
| 19 | A | All I had was the police report on Mr. -- |
| 20 | | what's his name? |
| 21 | Q | Baynum? |
| 22 | A | Baynum.  Is the police report that he |
| 23 | | said the lights were activated.  Okay? |
| 24 | | He didn't say they were activated 20 |
| 25 | | seconds, he didn't say they activated and |

| | | |
|---|---|---|
| 1 | | went off.  He just simply stated they |
| 2 | | were activated. |
| 3 | Q | Were you not provided the written |
| 4 | | statement that Mr. Baynum gave the |
| 5 | | investigating officers that is part of |
| 6 | | the report? |
| 7 | A | Written statement? |
| 8 | Q | Yes, sir. |
| 9 | A | I'm not sure about that one.  Do you have |
| 10 | | that? |
| 11 | Q | I believe it's Page 33 of 36 of the |
| 12 | | report.  Do you have your report?  You |
| 13 | | had a copy of your report in your |
| 14 | | expanded folder. |
| 15 | A | Police? |
| 16 | Q | Yeah, police report.  At least on my copy |
| 17 | | it's 33 of 36, so it would be near the |
| 18 | | back. |
| 19 | | (WITNESS REVIEWS DOCUMENT) |
| 20 | A | Yeah.  Okay. |
| 21 | Q | Witness, Norman A. Baynum.  I believe |
| 22 | | it's handwritten by the police officer in |
| 23 | | his interview with Mr. Baynum.  Get about |
| 24 | | halfway down.  "Mr. Baynum stated he was |
| 25 | | south on Dixie, and while approaching the |

```
 1                    intersection of Alta Vista he observed
 2                    the railroad signal operating with red,
 3                    flashing lights, audible signal and train
 4                    horn.  He stopped and observed an older
 5                    pickup northbound, which did not appear
 6                    to even slow down, traveling about 25,
 7                    30 miles an hour."  Did you see that?
 8       A           Uh-huh (Affirmative).  So Mr. Baynum --
 9                    lights activated, Mr. Baynum stopped, he
10                    had a better view of the train coming,
11                    and this has happened repeatedly at Main
12                    Street crossing where people has almost
13                    been hit.  He stops, okay, because the
14                    crossing was activated by the island
15                    circuit; Mr. Fogle did not.
16       Q           Okay.  If he's activated the island
17                    circuit, that means the train's already
18                    there.
19       A           Real close.
20       Q           The island circuit is the portion that's
21                    involved with the roadway itself, is it
22                    not?
23       A           And 50 to 100 feet on either side.
24       Q           So from this you're drawing the
25                    conclusion that Mr. Baynum only saw the
```

| | | |
|---|---|---|
| 1 | | lights during the portion when the train |
| 2 | | is within 50 feet away? |
| 3 | A | 50 to 100 feet away, yes. |
| 4 | Q | All right. |
| 5 | A | Or he could have glanced also and saw the |
| 6 | | train in advance and stopped, which is |
| 7 | | what you should do. |
| 8 | Q | And how would Mr. Baynum's view of the |
| 9 | | train be?  You said he had a better view |
| 10 | | of the train.  Well, which direction |
| 11 | | would he be looking for the train? |
| 12 | A | He would be -- would have been looking to |
| 13 | | his left.  His sight distance would not |
| 14 | | have been obstructed by a signal case, |
| 15 | | telephone posts, signal posts, et cetera. |
| 16 | | He had a whole lot better view of the |
| 17 | | train due to sight obstructions. |
| 18 | Q | I didn't see in your file any pictures |
| 19 | | that you took at the crossing.  Did you |
| 20 | | take any photos at this crossing? |
| 21 | A | No. |
| 22 | Q | There are photographs which have been |
| 23 | | used in discovery and also in your file |
| 24 | | taken of the crossing, and it's been |
| 25 | | represented to be about the 22nd or 23rd |

1          of January of 2007.  Were you there when

2          those photos were made?

3     A    No.

4     Q    Did you observe the testimony or read the

5          testimony of the train crew regarding

6          their observation of the operating of the

7          lights as they approached the

8          intersection?

9     A    Yes.

10    Q    And what was that?  What was their

11         testimony?

12    A    The testimony was that the lights were

13         activated.

14    Q    All right.

15    A    That apparently he could see it through

16         the peep sight, as he refers to it, which

17         actually isn't a peep sight at all; it's

18         a way to clean the lenses.

19    Q    All right.  In looking at those lights

20         from the direction the train crew would

21         observe, are there any of the lights that

22         are turned at an angle so the train crew

23         could see the actual lights?

24    A    Not that I could tell.

25    Q    Now, you've got a stack of documents here

```
 1                   which you have -- under Number 2.
 2   A              Correct.
 3   Q              And those are which you have notes about
 4                  your reports, and I would like to make
 5                  the entire stack, let's make that Exhibit
 6                  Number 3.
 7   MR. LAWRENCE:      What do you want to call it?
 8   MR. DEENER:      A stack --
 9   Q              And I believe you called them your
10                  working notes?
11   A              Yeah.
12   MR. DEENER:      You can just make that stack
13                  there.
14   Q              Let me ask you some questions about your
15                  report, please.
16   A              Okay.
17   Q              Exhibit Number 1 is your report.
18   A              Okay.
19                  (THEREUPON, A BREAK IS TAKEN)
20   Q              Right before you left I was asking to
21                  mark these reports.  We'll just go ahead
22                  and go through them and let you identify
23                  what they are.  Okay?
24   A              Okay.
25   Q              And we'll go back to finish up the
```

| | | |
|---|---|---|
| 1 | | report.  We'll put a sticker on these and |
| 2 | | then the reporter can copy them and then |
| 3 | | return the originals to you. |
| 4 | A | Okay. |
| 5 | | (SAID DOCUMENTS ARE MARKED FOR |
| 6 | | IDENTIFICATION) |
| 7 | Q | We've marked as Number 3 a page from the |
| 8 | | cover page of the CSXT operating rules, |
| 9 | | and then you have one of your working |
| 10 | | notes attached to the second page. |
| 11 | A | Uh-huh (Affirmative). |
| 12 | Q | What is the working note? |
| 13 | A | You want me to read it? |
| 14 | Q | What does it mean?  What's it saying? |
| 15 | A | Okay.  Let's see.  The first one, |
| 16 | | "Verification of protection by flagging |
| 17 | | does not exist."  It is -- |
| 18 | | (WITNESS REVIEWS DOCUMENT) |
| 19 | A | This actually -- I threw these together |
| 20 | | yesterday.  This actually should go |
| 21 | | together with this one. |
| 22 | Q | All right.  So make that five pages now. |
| 23 | A | Yeah.  And what that is is CSX operating |
| 24 | | rules.  The operating rules of CSX |
| 25 | | coincides with the Code of Federal |

```
 1                    Regulations pertaining to activation

 2                    failures, flaggers, credible reports,

 3                    false activation, partial activations.

 4                    And the second portion of it is on 100-B,

 5                    Section 3, it's CSX explanation to the

 6                    train operating crew, that they're to

 7                    activate the crossing warning system by

 8                    shunting out the island circuit with the

 9                    train.  That is an absolute no-no.

10                    They're supposed to stop and flag.

11     Q     Are you a qualified locomotive engineer?

12     A     No.

13     Q     Have you ever worked in the operating

14           department?

15     A     No.

16     Q     Have you ever given tests on rules for

17           CSX train operating rules?

18     A     No.

19     Q     Have you ever written any of the

20           operating rules?

21     A     No.

22     Q     Do you have any experience in train

23           operation at all?

24     A     Other than signal control, no.

25     Q     Now, you have two items now you've put in
```

| | | |
|---|---|---|
| 1 | | Exhibit 3.  The first one is a page from |
| 2 | | Section 1, general rules of CSX |
| 3 | | Transportation for operating crews.  And |
| 4 | | if I understand you, you don't have any |
| 5 | | problem with the description that's on |
| 6 | | Page 9 of 14 here. |
| 7 | A | No, I do not. |
| 8 | Q | Because that is a recitation of what is |
| 9 | | in the Federal Railroad Administration |
| 10 | | regulations? |
| 11 | A | Correct. |
| 12 | Q | And then you've got, "CSX alternative to |
| 13 | | Stop and Flag.  Note:  This is the same |
| 14 | | procedures used in New York that killed |
| 15 | | an elderly couple."? |
| 16 | A | That's correct. |
| 17 | Q | Were you an employee of CSX |
| 18 | | Transportation at the time that this |
| 19 | | accident occurred? |
| 20 | A | No.  I was working with the New York |
| 21 | | Times on this article.  The local news in |
| 22 | | Rochester, New York on this article and |
| 23 | | the New York Times' reports resulted in |
| 24 | | the government oversight audit.  And the |
| 25 | | same scenario as I see it, instead of |

```
 1              placing a stop and flag order where --
 2    Q         Well --
 3    A         I'm sorry.  Go ahead.
 4    Q         You understood that there was no stop and
 5              flag order in effect involving the New
 6              York accident?
 7    A         That's correct.  But I think in answer to
 8              your question, along with this about the
 9              lights being activated, whether they were
10              or were not, okay, they -- they should
11              have been, according to the federal
12              regulations, taken out of service because
13              they could not fix or repair or adjust
14              the components that was causing the
15              failure pre-accident and a stop and flag
16              order put into effect.
17                   The lights, in lieu of that, the way
18              the thing is supposed to operate, there
19              should be no question as to whether these
20              lights were flashing or not, because on
21              an activation failure or a false
22              activation those lights must flash in
23              order to warn the public, otherwise you
24              have someone experiencing a crossing
25              activation failure and don't realize it.
```

| | | |
|---|---|---|
| 1 | Q | Okay.  I wanted to get into -- I believe |
| 2 | | that's Part 9 of your report in which you |
| 3 | | were talking about -- |
| 4 | A | Uh-huh (Affirmative). |
| 5 | Q | -- what is required upon report of a |
| 6 | | partial activation, a false activation or |
| 7 | | an activation failure. |
| 8 | A | Correct. |
| 9 | Q | We'll go through that as we get into Part |
| 10 | | 9.  But I just want to ask you in general |
| 11 | | right now, is it your position that if |
| 12 | | Mr. Lawrence's scenario of two kids that |
| 13 | | go out with a pair of battery cables and |
| 14 | | they shunt the track and they cause the |
| 15 | | lights to activate, that would be a false |
| 16 | | activation, would it not? |
| 17 | A | That's correct. |
| 18 | Q | All right.  Because the lights are |
| 19 | | activated and no train is approaching, |
| 20 | | correct? |
| 21 | A | That's -- that's correct. |
| 22 | Q | Now, they have violated the law because |
| 23 | | they have interfered with the operation |
| 24 | | of a traffic control device; is that |
| 25 | | correct? |

| | | |
|---|---|---|
| 1 | A | That's correct. |
| 2 | Q | They probably violated state law, and |
| 3 | | they violated federal law, because |
| 4 | | there's federal regulations and there's |
| 5 | | state regulations against it. |
| 6 | A | That's correct. |
| 7 | Q | But nonetheless these miscreants go out |
| 8 | | there and do that, and it's observed. |
| 9 | | They do it just long enough to get |
| 10 | | observed, that the police observe the |
| 11 | | lights are operating -- |
| 12 | A | Uh-huh (Affirmative). |
| 13 | Q | -- and make a report of a false |
| 14 | | activation. |
| 15 | A | Uh-huh (Affirmative). |
| 16 | Q | Okay?  You understand?  You have to say |
| 17 | | yes, because remember she's making a |
| 18 | | record. |
| 19 | A | I'm sorry.  I understand. |
| 20 | Q | Uh-huhs (Affirmative) and huh-uh |
| 21 | | (Negative) don't come out too well. |
| 22 | A | Yeah, I know.  I was thinking more of |
| 23 | | what you're saying. |
| 24 | Q | Now, in this situation, the police then |
| 25 | | make a report that the lights are |

```
 1                    operating and no train is present.

 2    A               Correct.

 3    Q               And that is a false activation.

 4    A               No, sir.  If the lights are working, if

 5                    they would continue to work, that would

 6                    be called a false activation with no

 7                    train on the approach, and that's the way

 8                    they -- the federal regulations require

 9                    them to be, but while the children

10                    placing a shunt, a piece of wire across a

11                    track, is an act of vandalism.  Okay?

12                        When the lights -- when the

13                    detection device sees that as a train,

14                    that is called a false activation.  It's

15                    activating with no train on the approach.

16                    When the control circuit sees that a

17                    train stopped on the crossing approach

18                    and disengages the lights, then it is a

19                    federal offense on behalf of CSX

20                    Transportation because it becomes an

21                    activation failure.

22    Q               Let's get back to the scenario I'm asking

23                    you about, because I'm trying to figure

24                    out what your opinion is on how these

25                    regulations are applied and what you wish
```

```
 1                    to offer in the trial of the case.

 2                         The vandalism causing the lights to

 3                    activate with no train is present is

 4                    called a false activation?

 5     A              Initially, yes.

 6     Q              All right.  Well, it comes to the

 7                    railroad as a report of the lights

 8                    operating and no train's present?

 9     A              That's what I'm saying, when you place a

10                    shunt on there, it tells you -- it tells

11                    the drivers that the train is coming and

12                    it is not.  All right.  But when it turns

13                    it back off, then it becomes an

14                    activation failure because it can't

15                    detect the next train.

16     Q              Let's talk about the activation failure

17                    first.

18     A              Yes, sir.

19     Q              The false activation.

20     A              Uh-huh (Affirmative).

21     Q              The vandals are there, it's observed,

22                    it's reported to the railroad.  Now, the

23                    signal maintainer comes out and checks

24                    the circuits, doesn't know whether there

25                    are vandals out there or not.  He just
```