```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF KENTUCKY
                   NORTHERN DIVISION
                     AT COVINGTON
```

CIVIL ACTION NO. 2007-203 (WOB)

CHARMAINE M. FOGLE, as
Administratix of the
of Wayne Fogle and William
Fogle, et al.                                              PLAINTIFFS

VS.                          **AMENDED ORDER**

CSX TRANSPORTATION, ET AL                                  DEFENDANTS


This matter having settled after the jury had been brought in for trial on July 27, 2009, and the court being advised,

**IT IS ORDERED** as follows:

1. That this matter be, and it is, hereby **dismissed** as settled;

2. That each party shall bear her/its own costs expended herein; and

3. That the Clerk will compute the cost of bringing the jury in for trial and assess each side with one-half of such costs, per the previous admonition of the court to the parties.

This 28th day of July, 2009.



Signed By:
William O. Bertelsman  WOB
United States District Judge