```
Court Name: U S DISTRICT COURT EDKY
Division: 5
Receipt Number: 5004775
Cashier ID: adeningt
Transaction Date: 08/14/2009
Payer Name: Landrum and Shouse LLP
------------------------------------
RECOVERIES OF COURT COST
 For: Landrum and Shouse LLP
 Case/Party: D-KYE-2-07-CV-000203-001
 Amount:         $959.40
------------------------------------
CHECK
 Check/Money Order Num: 120841
 Amt Tendered:   $959.40
------------------------------------
Total Due:      $959.40
Total Tendered: $959.40
Change Amt:     $0.00

Per Amended Order (DE #97) in
2:07-CV-203
1/2 of jury costs
```