```
DUPLICATE

Court Name: U S DISTRICT COURT EDKY
Division: 5
Receipt Number: 5004788
Cashier ID: kreynold
Transaction Date: 08/18/2009
Payer Name: Helmer Martins Rice Popham
-----------------------------------
RECOVERIES OF COURT COST
 For: Charmaine Fogle
 Case/Party: D-KYE-2-07-CV-000203-001
 Amount:          $959.40
-----------------------------------
CHECK
 Check/Money Order Num: 24753
 Amt Tendered:    $959.40
-----------------------------------
Total Due:        $959.40
Total Tendered:   $959.40
Change Amt:       $0.00

Per Amended Order #97 half of jury
costs for plaintiff
```